IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRE 'EM UP, INC., <br><br> Plaintiff, <br><br> v. <br><br> TECHNOCARB EQUIPMENT (2004) LTD., <br> and AURORA ELECTRONICS, LTD., <br><br> Defendants. | Case No.: 10-C-8050 <br><br> Judge Norgle |

### ORDER GRANTING JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Fire 'Em Up, Inc. ("FEU") and Defendants Technocarb Equipment (2004) Ltd. and Aurora Electronics, Ltd.'s ("Defendants") Joint Stipulated Motion for Dismissal With Prejudice. Having considered the parties' Stipulations and request for dismissal of all claims and counterclaims, it is hereby

**ORDERED** that the Motion is **GRANTED**;

**ORDERED** that all claims brought by FEU are **DISMISSED WITH PREJUDICE**;

**ORDERED** that all counterclaims brought by Defendants are **DISMISSED WITH PREJUDICE**;

**ORDERED** that each party will bear its own attorneys' fees, costs and expenses.

**IT IS SO ORDERED**

Dated: August 10, 2011

_____
THE HONORABLE CHARLES R. NORGLE
UNITED STATES DISTRICT JUDGE